An official website of the United States government    Here's how you know    Español | 🌐 Multilingual Resources

 **U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2090661785, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

EXHIBIT D

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

# Related Tools

**Change of Address**

🇺🇸 An official website of the United States government    Here's how you know    Español |  Multilingual Resources


U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2090661784, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number    ❓

EAC1234567890

Check Status

Already have an Account? **Login**

Create an Account? **Sign up**

DHS PRIVACY NOTICE

# Related Tools

**Change of Address**